IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ARTHUR GUTIERREZ, | § | |
| Petitioner, | § | |
| | § | |
| -vs- | § | Case No. A-09-CA-225 LY |
| | § | |
| CLAUDE MAYE, Warden, FCI Bastrop, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is Arthur Gutierrez's Rule 6(b) Motion to Enlarge Time to File His Response in Opposition to Respondent's Rule 12(b)(6) Motion to Dismiss (Clerk's Doc. No. 11) filed July 2, 2009.

Having found the Motion has merit, the Court ORDERS that Arthur Gutierrez's Rule 6(b) Motion to Enlarge Time to File His Response in Opposition to Respondent's Rule 12(b)(6) Motion to Dismiss (Clerk's Doc. No. 11) is GRANTED and Petitioner is given an extension to July 10, 2009, to file his Response.

SIGNED this 7th day of July, 2009.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE